JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY FLEMING, | **Case No. CV 14-06101 PA (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| R.T.C. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  10/10/2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE